# FEDERAL PUBLIC DEFENDER
WESTERN DISTRICT OF TEXAS

**MAUREEN SCOTT FRANCO**
FEDERAL PUBLIC DEFENDER

JUDY F. MADEWELL
FIRST ASSISTANT
———————
CHRISTOPHER J. CARLIN
*ALPINE*
———————
HORATIO R. ALDREDGE
*AUSTIN*
———————
JOSEPH A. CORDOVA
BIANCA ROCHA DEL RIO
*DEL RIO*
———————
REGINALDO TREJO, JR.
EDGAR HOLGUIN
*EL PASO*
SUPERVISORY ASSISTANTS

FEDERAL BUILDING • HEMISFAIR PARK
727 E. CÉSAR E. CHÁVEZ BOULEVARD, SUITE B-207
SAN ANTONIO, TEXAS 78206-1278

April 29, 2020

TELEPHONE
(210) 472-6700

TOLL FREE
(855) 867-3570

FACSIMILE
(210) 472-4454
———————
ALPINE
AUSTIN
DEL RIO
EL PASO
PECOS

Honorable Xavier Rodriguez
United States District Judge
Western District of Texas
655 E. Cesar E. Chavez Blvd.,
San Antonio, Texas 78206

Re:   United States v. Guadalupe Orta Ramos, Cause No. 5:11-CR-836-XR
      Advisory to the Court regarding Mr. Ramos' Condition

Dear Judge Rodriguez:

  On April 21, 2020, Mr. Ramos requested this Court for compassionate release based on his underlying serious medical conditions and the COVID-19 outbreaks in Bureau of Prisons facilities. On April 24, 2020, Mr. Ramos filed an emergency supplemental motion for compassionate release because he tested positive for COVID-19. On April 26, 2020, counsel filed a second supplemental motion requesting compassionate release based on Mr. Ramos being taken to the hospital, possibly on a ventilator.

  Today, defense counsel files this advisory to update the Court: Mr. Ramos coded last night and was resuscitated for eight minutes. Mr. Ramos is now in a medically induced coma on a ventilator. The BOP social worker who contacted the family advised the family would have to make a decision about keeping him on life support if he does not improve in 24 hours.

  Defense counsel again asks this Court to immediately resentence him to time-served so he can be released from the Bureau of Prisons custody. A sentence of time-served will allow the family to pay their respects. Otherwise, the family has little ability to obtain information about Mr. Ramos and his condition.

        Very truly yours,

        MAUREEN SCOTT FRANCO
        Federal Public Defender

        /s/ ANGELA SAAD LINDSEY
        Assistant Federal Public Defender

cc:    Joseph Lo Galbo, Assistant U.S. Attorney