United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| United States of America,<br>      Plaintiff,<br><br>   v.<br><br>Guadalupe Orta Ramos<br>      Defendant. | No. SA-11-cr-00836-XR-PAM |

### United States' Notice and Motion to Dismiss Defendant's Motion for Compassionate Release

The United States received the unfortunate news that defendant Guadalupe Orta Ramos passed away on Sunday, May 10, 2020, as a result of an infection with COVID-19, exacerbated by underlying preexisting conditions. *See* (Exhibit 1). Based upon this information, the United States respectfully moves this Court to dismiss Defendant's sentence-reduction motion as moot.

Respectfully submitted,

John F. Bash
United States Attorney

By:  */s/ Joseph T. Lo Galbo*
     Joseph T. Lo Galbo
     Assistant United States Attorney
     New Jersey Bar No. 072452014
     601 N.W. Loop 410, Suite 600
     San Antonio, Texas 78216
     (210) 384-7100 (phone)
     (210) 384-7276 (fax)
     Joseph.Lo.Galbo@usdoj.gov

## Certificate of Service

I certify that on May 11, 2020, I electronically filed this document with the Clerk of Court using the CM/ECF system.

☒ The CM/ECF system will send notification to the following CM/ECF participant(s):

Angela Saad Lindsey (angela_saad@fd.org)

*/s/ Joseph T. Lo Galbo*
Joseph T. Lo Galbo
Assistant United States Attorney

United States District Court
Western District of Texas
San Antonio Division

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br><br>    v.<br><br>Guadalupe Orta Ramos<br>    Defendant. | No. SA-11-cr-00836-XR-PAM |

### Order

The Court, having considered the United States' Notice and Motion to Dismiss Defendant's Motion for Compassionate Release and all applicable law, finds that the reasons set forth in the motion support the request, and the motion is GRANTED.

The Defendant's Motion for Compassionate Release is hereby dismissed as Moot.

SIGNED this _____ day of _____, 2020.

_____
HON. XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE